In re: Karla Ruth BONZELAAR, Debtor.

Keith Lankheet, Appellant,

v.

John A. Porter, Appellee.

No. 06–2191.

United States Court of Appeals, Sixth Circuit.

Nov. 15, 2007.

Before: DAUGHTREY and COOK, Circuit Judges; and VINSON, District Judge.*

PER CURIAM.

Keith Lankheet appeals the district court's judgment affirming the bankruptcy court's judgment finding certain real property to be part of Karla Bonzelaar's bankruptcy estate. Having had the benefit of oral argument, and having studied the record on appeal and the briefs of the parties, we are not persuaded that the district court erred in affirming the bankruptcy court's order. The reasons having been fully articulated by the district court, the issuance of a detailed opinion by this court would be duplicative and serve no useful purpose. Accordingly, we affirm the district court's judgment upon the reasoning set out by that court in its order and

* The Honorable C. Roger Vinson, Senior United States District Judge for the Northern District of Florida, sitting by designation.

opinion entered on September 1, 2006, 2006 WL 2548625.